2/25/21
cls

DOA: 2/24/21

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **21MJ8141** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 8 U.S.C. § 1324(a)(2)(B)(ii) |
| Davi Richardo MADRIGAL, | Bringing In Illegal Aliens for financial gain (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 24, 2021, within the Southern District of California, defendant, Davi Richardo MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Cinthia GONZALEZ-Juarez and Jesus Benjamin PEDRO-Hernandez, had not received prior official authorization to come to, enter, and remain in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately

1

to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

The complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Ricardo Torres, Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of February, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Davi Richardo MADRIGAL

# STATEMENT OF FACTS

The complainant states this Complaint and Statement of Facts is based upon the reports of the apprehending officers and the investigation conducted by United States Customs and Border Protection (CBP) Enforcement Officer Carter that defendant Davi Richardo MADRIGAL (MADRIGAL) was arrested at the Calexico, California West Port of Entry on February 24, 2021.

On February 24, 2021, at approximately 3:40 a.m., MADRIGAL applied for admission into the United States at the Calexico, California West Port of Entry through vehicle primary lanes. MADRIGAL was the driver of a gray Nissan March with two passengers. Upon inspection before United States Customs and Border Protection (CBP) Officer Gaytan, MADRIGAL presented a California Driver's License as his entry document and California Identification cards as entry documents for the two passengers. CBP Officer Gaytan examined the documents and immediately noticed the color discrepancy on the ID's and found them to be counterfeit. CBP Officer Gaytan sounded the alarm for assistance, at which time CBP Officers responded and detained MADRIGAL and the two passengers. MADRIGAL and the two passengers were escorted to the Vehicle Secondary Office for further disposition.

MADRIGAL was advised of his Miranda Rights. MADRIGAL stated he understood his rights and was willing to answer questions without the presence of an attorney.

MADRIGAL stated approximately two weeks ago he met an unknown male smuggler named "Carlos" at the Dunas Hotel in Mexicali, Mexico. MADRIGAL stated "Carlos" offered him $1,500.00 U.S. dollars for each undocumented alien he smuggles into the United States. MADRIGAL stated he met with "Carlos" at approximately 1:00 a.m., at the Tecolote Parking in Mexicali to pick up the two undocumented subjects he was going to smuggle into the United States. MADRIGAL stated if successful in his illegal attempt he was to take the two undocumented subjects to a hotel in El Centro, California. MADRIGAL further stated he would go back to Mexicali to meet "Carlos" to return the vehicle and receive his payment of $3,000.00 U.S. dollars. MADRIGAL admitted he successfully smuggled one male subject last week into the United States and received payment of $1,500.00 U.S. dollars from "Carlos". MADRIGAL admitted he knew it was illegal to smuggle undocumented aliens into the United States, but he did it because he needed money.

Material witness, Cinthia GONZALEZ-Juarez (GONZALEZ), stated she is a citizen of Mexico with no legal documents to enter the United States. GONZALEZ stated her husband made arrangements with an unknown smuggler to smuggle her and her brother-in-law, material witness Jesus Benjamin PEDRO-Hernandez (PEDRO), into the United States. GONZALEZ stated an unknown male took her and PEDRO to a parking lot near the border and were turned over to MADRIGAL. GONZALEZ stated once in the vehicle, MADRIGAL told her and PEDRO to relax and not get nervous. GONZALEZ stated her husband was going to pay a smuggling fee of $12,000.00 U.S. dollars per person to the

smuggler. GONZALEZ stated if successful in her illegal attempt she would travel to Michigan to reunite with her husband and find illegal employment.

Material Witness PEDRO stated he is a citizen of Mexico with no legal documents to enter the United States. PEDRO stated he was attempting illegal entry into the United States to go be with his brother in Michigan. PEDRO stated if successful in his illegal attempt, he was to pay a smuggling fee of $10,000.00 U.S. dollars to the smugglers. PEDRO stated after arriving in Mexicali, Mexico he and GONZALEZ were picked up at the airport by unknown smugglers and taken to a hotel. PEDRO stated today the smuggler gave him a document to use as his entry document and was instructed to go with MADRIGAL in his vehicle. PEDRO further stated MADRIGAL told him and GONZALEZ to stay calm and not get nervous, that MADRIGAL had successfully smuggled before. PEDRO stated if successful in his illegal attempt into the United States, he would travel to Michigan to be with his brother and seek unlawful employment and reside illegally.

The complainant states the name of the Material Witnesses are as follows:

| NAME | COUNTRY OF BIRTH |
| --- | --- |
| Cinthia GONZALEZ-Juarez<br>Jesus Benjamin PEDRO-Hernandez | Mexico<br>Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are Material Witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.